UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LAURA GUTILLA,<br><br>              Plaintiff,<br><br>      vs.<br><br>AEROTEK, INC., a corporation; and DOES 1-100, inclusive,<br><br>              Defendants. | Case No. 1:15-CV-00191- DAD-BAM<br><br>**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF DISCOVERY AND MOTION DEADLINES**<br><br>Complaint Filed:  December 31, 2014<br>**Trial Date:  November 8, 2016** |

Pursuant to the stipulation of the parties, and good cause appearing, **IT IS HEREBY ORDERED** as follows:

The dates set forth in the Court's Scheduling Order of May 7, 2015 are extended and the new deadlines are as follows:

- Expert Disclosures: February 26, 2016
- Supplemental Expert Disclosures: March 25, 2016
- Non-expert Discovery: May 6, 2016

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 28074114.1

ORDER TO EXTEND DISCOVERY AND
MOTION DEADLINES

- Expert Discovery:  June 3, 2016
- Dispositive Filing: June 10, 2016.

The Court denies extending the dispositive filing deadline to June 24, 2016.

IT IS SO ORDERED.

Dated:   **January 21, 2016**                    /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER TO EXTEND
DISCOVERY AND MOTION DEADLINES

DB2/ 28074114.1