MORGAN, LEWIS & BOCKIUS LLP
John S. Battenfeld, Bar No. 119513
jbattenfeld@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, California  90071-3132
Telephone:  +1.213.612.2500
Facsimile:  +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
Shannon Nakabayashi, Bar No. 215469
snakabayashi@morganlewis.com
One Market, Spear Street Tower
San Francisco, California  94105-1596
Telephone:  +1.415.442.1000
Facsimile:  +1.415.442.1001

Attorneys for Defendant
AEROTEK, INC.

ROBERT J. WASSERMAN, Bar No. 258538
rwasserman@mayallaw.com
VLADIMIR J. KOZINA, Bar No. 284645
vjkozina@mayallaw.com
MAYALL HURLEY, P.C.
2453 Grand Canal Blvd.
Stockton, CA  95207.8253
Telephone:  209.477.3833
Facsimile:  209.473.4818

Attorneys for Plaintiff
LAURA GUTILLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LAURA GUTILLA,<br><br>        Plaintiff,<br><br>v.<br><br>AEROTEK, INC., a corporation; and DOES 1-100 inclusive,<br><br>        Defendants. | Case No.  1:15-CV-00191-DAD-BAM<br><br>**JOINT STATUS REPORT AND REQUEST FOR ADDITIONAL TIME TO SUBMIT STIPULATED DISMISSAL; ORDER**<br><br>Complaint Filed:  December 31, 2014 |

JOINT STATUS REPORT AND REQUEST FOR ADDITIONAL TIME TO SUBMIT STIPULATED DISMISSAL

1  Pursuant to the Court's November 22, 2016 Order, Plaintiff LAURA GUTILLA ("Plaintiff")
2  and Defendant AEROTEK, INC. (together "the Parties") hereby submit their Joint Status Report and
3  Request for Additional Time to Submit Stipulated Dismissal.

4  The Parties to this litigation have agreed to a settlement whereby all claims will be dismissed.
5  The settlement document has been finalized and Plaintiff has signed the agreement.  Accordingly,
6  the Parties anticipate that a Stipulated Request for Dismissal will be filed within the next thirty days.
7  The case involves individual claims under the Fair Labor Standards Act as well as Private Attorneys
8  General Act allegations and therefore Court approval is required.

9  THEREFORE the Parties respectfully request an additional 30 days or until January
10 23, 2017 to file their Stipulated Request for Dismissal.

11

12 DATED: December 21, 2016          MAYALL HURLEY, P.C.

13

14                                   By __/s/ Vladimir J. Kozina_____
                                         Robert J. Wasserman
15                                       Vladimir J. Kozina
                                         Attorneys for Plaintiff
16

17 DATED:  December 21, 2016         MORGAN, LEWIS & BOCKIUS LLP

18
                                     By _/s/_Shannon B. Nakabayashi_____
19                                       John S. Battenfeld
                                         Shannon B. Nakabayashi
20                                       Attorneys for Defendant

21

22

23

24

25

26

27

28

## **ORDER**

Pursuant to the foregoing, and good cause appearing, all dates and hearings are hereby vacated and the Court will retain jurisdiction of this matter. The parties shall file a Stipulated Request for Dismissal within 30 days of this Order or by January 23, 2017.

IT IS SO ORDERED.

Dated:  **December 22, 2016**                    /s/ Barbara A. McAuliffe
                                                              UNITED STATES MAGISTRATE JUDGE